United States District Court
Southern District of Texas
**ENTERED**
December 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.                    Cr. No. H-23-183

**DANIEL LEE HICKS**

### O R D E R

The Court has considered the Unopposed Motion for Continuance, wherein counsel for Defendant, Daniel Lee Hicks, has represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Unopposed Motion for Continuance, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in a miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Unopposed Motion for Continuance is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, __December 28__, 2023, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by _____March 1_____, 2024.

Responses shall be filed by _____March 11_____, 2024.

A pretrial conference is set for _____March 25_____ 2024, at __9:30__ am.

Trial in this case is set for _____April 1_____, 2024, at __1:30__ pm.

SIGNED at Houston, Texas, on the __28th__ day of __December__ 2023.

_____
George C. Hanks, Jr.
United States District Judge