# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                        Case Number: 4:23−cr−00183

Daniel Lee Hicks

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Daniel Lee Hicks as set forth below.**

**Before the Honorable Dena Hanovice Palermo**

**PLACE:**
Courtroom 702
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 4/16/2025

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date: April 1, 2025                                        Nathan Ochsner, Clerk