United States District Court
Southern District of Texas
**ENTERED**
April 02, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                          **Cr. No. H-23-183**

**DANIEL HICKS**

## O R D E R

The Court has considered the Unopposed Motion for Continuance, wherein counsel for Defendant, Daniel Lee Hicks, has represented that more time is needed to conduct discovery, prepare pretrial motions, and prepare for trial, and that failure to grant a continuance would result in a miscarriage of justice. Based on the representations made in the Unopposed Motion for Continuance, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public, as well as the Defendant, to a speedy trial. The Court also finds that pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B), failure to grant a continuance would result in a miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation.

The Unopposed Motion for Continuance is therefore GRANTED. It is ORDERED that a period of excludable delay shall commence on, __April 2_____, 2025, pursuant to Title 18 U.S.C. § 3161(h)(7)(A) & (B). The period of excludable delay shall end at commencement of trial or disposition of charges.

Pretrial motions shall be filed by _____April 11_____, 2025.

Responses shall be filed by ____April 21_____, 2025.

A pretrial conference is set for __May 5_____, 2025, at __09:30__ am.

Trial in this case is set for __May 12_____, 2025, at __1:30___ pm.


SIGNED at Houston, Texas, on the __2nd___ day of __April_____ 2025.


_____
George C. Hanks, Jr.
United States District Judge