UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § § | CRIMINAL NO. 4:23-CR-00183<br>4:25-CR-00139 |
| Daniel Lee Hicks | § | |

### CONSENT TO ADMINISTRATION OF GUILTY PLEA
### BY UNITED STATES MAGISTRATE JUDGE

I, **Daniel Lee Hicks,** the Defendant in this cause, with the advice and counsel of my attorney, **Natalie Awad**, hereby agree and consent to be advised of my rights and enter a voluntary plea of guilty before the Honorable Dena Palermo, United States Magistrate Judge for the Southern District of Texas, Houston Division. I understand that my guilty plea is subject to approval and final acceptance by the **Honorable George C Hanks, Jr**, United States District Court Judge for the Southern District of Texas, Houston Division, and that sentencing will be conducted by the **Honorable George C Hanks, Jr.**

Signed on this <u>2nd of April, 2025</u>, at Houston, Texas.

Daniel Lee Hicks
Defendant's Name

_____
Defendant

_____
Attorney for Defendant

_____
Assistant United States Attorney