**SENTENCE DATA SHEET**

| | |
|---|---|
| **CRIMINAL NO.:** | 4:23-CR-183 |
| | 4:25-CR-139 |
| **DEFENDANT:** | DANIEL LEE HICKS |
| **IMMIGRATION STATUS:** | U.S. |
| **GUILTY PLEA:** | 4:23-CR-183 – Counts 1 & 3 |
| | 4:25-CR-139 – Count 1 |
| **SUBSTANCE OF PLEA AGREEMENT:** | Pursuant to Rule 11(c)(1)(A), the defendant agrees to plead guilty to Counts One and Three of the indictment in cause number 4:23-CR-183, and Count One of the indictment in cause number 4:25-CR-139. The defendant agrees to waive the right to appeal and collaterally attack this conviction and any sentence, and the defendant agrees to pay restitution as determined by the Court. At the time of sentencing, the United States agrees to: (1) dismiss the remaining counts in the indictment and (2) if the Court determines that the defendant qualifies for an adjustment under § 3E1.1(a) of the Sentencing Guidelines and the offense level prior to operation of § 3E1.1(a) is 16 or greater, the United States will move under § 3E1.1(b) for an additional one-level reduction. |

**ELEMENTS:**

**4:23-CR-183**

 **COUNT 1**  Sexual Exploitation of Children = 18 U.S.C. § 2251(a)

  1. That the defendant employed, used, persuaded, induced, enticed or coerced a minor to engage in sexually explicit conduct or attempted to do so;

  2. That the defendant knowingly did this for the purpose of producing a visual depiction; and,

  3. that the visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign

|  |  |
|---|---|
|  | commerce or in or affecting interstate or foreign commerce or mailed. |
| **COUNT 3** | Coercion and Enticement = 18 U.S.C. § 2422(b) |
| 1. | The defendant knowingly or intentionally persuaded, induced, enticed, coerced, or attempted to persuade, induce, entice or coerce a person to engage in sexual activity as charged; |
| 2. | The Defendant used a facility of interstate or foreign commerce; |
| 3. | The Defendant believed that such person had not attained the age of 18 years; and |
| 4. | The Defendant caused MV1 to engage in sexual activity for which a person can be charged with a criminal offense under the laws of the United States, namely sexual exploitation of a child, in violation of Title 18, United States Code, Section 2251. |

**4:25-CR-139**

|  |  |
|---|---|
| **COUNT 1** | Sexual Exploitation of Children = 18 U.S.C. § 2251(a) |
| 1. | That the defendant employed, used, persuaded, induced, enticed or coerced a minor to engage in sexually explicit conduct or attempted to do so; |
| 2. | That the defendant knowingly did this for the purpose of producing a visual depiction; and, |
| 3. | that the visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed. |

**PENALTY:**

**4:23-CR-183**

| | |
|---|---|
| **COUNT 1** | 18 U.S.C. 2251(a) = Sexual exploitation of children<br>15-30 years in prison, up to $250,000 fine. |
| **COUNT 3** | 18 U.S.C. 2422(b) = Coercion and Enticement<br>10 years up to life in prison, up to $250,000 fine. |

**4:25-CR-139**

| | |
|---|---|
| **COUNT 1** | 18 U.S.C. 2251(a) = Sexual exploitation of children<br>15-30 years in prison, up to $250,000 fine. |
| **SUPERVISED RELEASE:** | At least 5 years up to any term of years or life. |
| **ALTERNATIVE FINE BASED ON GAIN OR LOSS:** | Not Applicable. |
| **SENTENCING GUIDELINES:** | Applicable. |
| **RESTITUTION:** | Applicable; mandatory restitution of at least $3,000 per victim. |
| **SEX OFFENDER REGISTRATION:** | Applicable. |
| **FORFEITURE:** | Applicable. |
| **SPECIAL ASSESSMENT:** | $100 special assessment per count of conviction; a $5,000 special assessment under the Justice for Victims Trafficking Act of 2015; and up to $50,000 special assessment under the Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018 for Count One under Cause Number 4:23-CR-183, and Count One under Cause Number 4:25-CR-139. |
| **ATTACHMENT:** | Plea Agreement. |