United States District Court
Southern District of Texas
**ENTERED**
April 16, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | CRIMINAL NO. 4:23-CR-00183 |
| | § | |
| Daniel Lee Hicks | § | |

## ORDER FOR PSI, DISCLOSURE DATE, AND SETTING SENTENCING

The defendant having pled guilty as to Counts 1 and 3 of the indictment in cause number 4:23-cr-183 and Count 1 of the indictment in cause number 4:25-cr-139, it is **ORDERED** that a presentence report be prepared and that:

1. By May 15, 2025, the initial presentence report will be disclosed to counsel. (Approximately 35 days after determination of guilt.)

2. By May 29, 2025, counsel shall file either:

   (14 days after disclosure date)

   a. Objections in writing to the facts of the offense and application of the sentencing guidelines; or

   b. A statement signed by counsel for the government and defense as well as the defendant, if there is no objection;

1 / 2

3.  By June 12, 2025, the probation officer shall submit to the judge the final presentence report with an addendum addressing any unresolved issues.
    (14 days after time for objections)

4.  Sentencing is set for  June 17, 2025, at  11:30  A.M.
    (10 days after objections date, but no sooner than 35 days from initial disclosure date)

5.  **Counsel must immediately notify the U. S. Probation Office to request to be present at interviews conducted by the probation officer, followed by written notice to the probation office within 5 days.**

6.  The defendant shall comply with instructions on the reverse side of this order.

    Signed on April 16, 2025, at Houston, Texas.

    Dena Hanovice Palermo
    United States Magistrate Judge

2 / 2