UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NOS.   4:23-CR-00183 & |
| | § | 4:25-CR-00139 |
| DANIEL LEE HICKS | § | |

## UNITED STATES' MOTION FOR
## PRELIMINARY ORDER OF FORFEITURE

The United States of America moves for a Preliminary Order of Forfeiture, and, in support, of this motion states:

On April 16, 2025, Daniel Lee Hicks ("Defendant") pleaded guilty to Counts One and Three of the Indictment in case 4:23-cr-00183 and Count One of the Indictment in case 4:25-cr-00139. In case 4:23-cr-00183, Count One charges Defendant with **Sexual Exploitation of Children**, in violation of Title 18, United States Code, Section 2251(a) & (e), and Count Three charges Defendant with **Coercion and Enticement**, in violation of Title 18, United States Code, Section 2422(b). In case 4:25-cr-00139, Count One charges Defendant with **Sexual Exploitation of Children**, in violation of Title 18, United States Code, Section 2251(a) & (e).

The Indictments provided the Defendant notice that, in the event of his conviction, the United States would seek to forfeit, pursuant to Title 18 U.S.C Section 2253, all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s) charged; and all property, real and personal, used or intended to be used to commit or to promote the commission of the offense(s) charged, or any property traceable to such property. Such property includes but not limited to:

1. Android A13 Cellphone, Model Number SMA136U
2. HP All-In-One Monitor/Desktop computer, Serial Number 8CC0380F2k
3. HP Chromebook, Serial Number 5CD11131G7
4. Samsung Tablet (Model and Serial Numbers unknown)

    5. Pandigital Tablet, Serial Number 7013010511101812
    6. SanDisk Micro SD Card
    7. Verbatim 64GB SD Card
    8. SanDisk 8GB Micro SD Card
    9. USB Bracelet
    10. JVC Camcorder, Serial Number GZ-MS100RU
    11. Jazz Video Recorder (Model and Serial Numbers unknown)
    12. Black LG Cellphone (Model and Serial Numbers unknown)
    13. Blue Cellphone #1 (Model and Serial Numbers unknown)
    14. TCL Cellphone (Model and Serial Numbers unknown)
    15. Blue Cellphone #2 (Model and Serial Numbers unknown)
    16. Motorola Cellphone, IMEI# 353776481570206,

(the "electronic devices").

In determining the requisite nexus between the seized electronic devices and the offense(s) of conviction as required by Rule 32.2(b)(1)(A), the Court may consider evidence already in the record. *See* Fed. R. Crim. P. 32.2(b)(1)(B). The evidence in this record establishes the requisite nexus between the seized electronic devices and the offense(s) of conviction, specifically, the Defendant persuaded, induced, enticed, and coerced persons whom defendant believed had not attained the age of 18 years, to engage in sexually explicit conduct and used the electronic devices to obtain images of such conduct. Defendant used the electronic devices to receive, view, and possess multiple images and files depicting children engaging in sexually explicit conduct and to sexually exploit children.

Accordingly, the United States now moves pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure for the entry of a Preliminary Order of Forfeiture, forfeiting the seized electronic devices to the United States.

                                                Respectfully submitted,

                                                NICHOLAS J. GANJEI
                                                United States Attorney
                                                Southern District of Texas

By:    s/ Tyler Foster
        TYLER FOSTER
        Assistant United States Attorney
        Southern District of Texas No: 3802443
        Oklahoma: 34839
        800 N. Shoreline Blvd., Suite 500
        Corpus Christi, Texas 78401
        Phone:  361/888-3111  Fax:  361/888-3200
        Email: tyler.foster2@udoj.gov

## CERTIFICATE OF CONFERENCE

Because the Defendant has agreed to forfeiture through his plea agreement, he has not been contacted concerning his position as to this motion.

                                                s/ Tyler Foster
                                                Tyler Foster
                                                Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

A true and correct copy of this pleading was served on counsel of record via electronic filing on May 16, 2025.

                                                s/ Tyler Foster
                                                Tyler Foster
                                                Assistant U.S. Attorney