United States District Court
Southern District of Texas
**ENTERED**
May 19, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:23–CR–00183 |
| | § | |
| DANIEL LEE HICKS | § | |

## ORDER ACCEPTING GUILTY PLEA

Before the Court is the Findings and Recommendation of United States Magistrate Judge Dena Hanovice Palermo containing the recommendation that this Court (1) adopt the findings that the Defendant's guilty plea in the above-styled and numbered cause was knowingly and voluntarily entered, with a full understanding of the consequences of the plea and the constitutional rights being waived, and that the plea was supported by an adequate basis in fact; (2) accept the Defendant's guilty plea; and (3) adjudge the Defendant guilty of the offense(s) charged.

More than fourteen days have passed since the parties were served with the Magistrate Judge's Findings and Recommendation, and no party has filed objections. The Court regards such omission as the parties' agreement with and acceptance of the Magistrate Judge's findings. When no timely objection has been filed to a magistrate judge's findings and recommendation, the district court need only determine whether the findings and recommendation is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *United States v. Montes*, No. 2:15–CR–988–1, 2016 WL 8395726, at *1 (S.D. Tex. Jan. 19, 2016).

The Court finds that the Magistrate Judge's Findings and Recommendation is supported by the record and and is neither clearly erroneous nor contrary to law. **THEREFORE**, the Court **ADOPTS** the Magistrate Judge's findings as its own, **ACCEPTS** the Defendant's plea of guilty, and **ADJUDGES** the Defendant guilty as charged in Count 1 and 3 of the Indictment.

**ORDERED** on the 19th of May 2025.

_____
George C. Hanks, Jr.
United States District Judge