# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.                                                     Cr. No. 4:23CR183
                                                                       Cr. No. 4:25CR139

**DANIEL HICKS**

## UNOPPOSED MOTION FOR CONTINUANCE OF SENTENCING

The Defendant, Daniel Hicks, moves this Court for a sixty-day continuance of the June 17, 2025, sentencing date, and in support of this motion presents the following:

Daniel Hicks was convicted of with sexual exploitation of children; receipt of child pornography; and coercion and enticement.  The Pre-sentence Investigation Report ("PSR") in this case was disclosed to counsel on May 13, 2025. A response to the report has been filed.

Counsel for Mr. Hicks needs more time to collect mitigating evidence.

Assistant United States Luis Batarse does not oppose this Motion for Continuance.

Respectfully submitted,

PHILIP G. GALLAGHER
Interim Federal Public Defender
Southern District of Texas No. 566458
New Jersey State Bar No. 2320341

By /s/ Natalie J. Awad
NATALIE J. AWAD
Assistant Federal Public Defender
Attorney in Charge
Louisiana State Bar ID No. 38663
Southern District of Texas No. 3836610
Attorneys for Defendant
440 Louisiana, Suite 1350
Houston, Texas   77002
    Telephone:  713.718.4600
    Fax:             713.718.4610

## **CERTIFICATE OF CONFERENCE**

I certify that I conferred with Assistant United States Attorney Luis Batarse and determined that the United States is unopposed to this motion for continuance.

By /s/ Natalie J. Awad
NATALIE J. AWAD

## **CERTIFICATE OF SERVICE**

I certify that on June 4, 2025, a copy of the foregoing Unopposed Motion to Continue Sentencing was served by Notification of Electronic Filing and by electronic mail to the office of Assistant United States Attorney Luis Batarse, and by electronic mail to the office of United States Probation Officer Sonya Avagi.

By /s/ Natalie J. Awad
NATALIE J. AWAD