IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Cr. No. 4:23CR183
    Cr. No. 4:25CR139

DANIEL HICKS

# O R D E R

Daniel Hicks Unopposed Motion for Continuance is GRANTED.

The sentencing is reset to _____, at _____ a.m./p.m.

SIGNED at Houston, Texas, on the _____ day of _____, 2025.

_____
Judge George C. Hanks, Jr.
United States District Judge