United States District Court
Southern District of Texas
**ENTERED**
June 05, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Cr. No. 4:23CR183
    Cr. No. 4:25CR139

DANIEL HICKS

## O R D E R

Daniel Hicks Unopposed Motion for Continuance is GRANTED.

**IT IS HEREBY ORDERED** that the Defendant's Motion to Continue Sentencing is **GRANTED.**

It is further **ORDERED** that sentencing of the Defendant is reset as follows:

1. By **August 11, 2025**, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues.

2. The sentencing is reset to   August 18, 2025  , at  11:00  a.m.

SIGNED at Houston, Texas, on the 5th day of June 2025.

_____
Judge George C. Hanks, Jr.
United States District Judge