Case 4:23-cr-00183   Document 52   Filed on 07/07/25 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
July 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | § | | |
| | § | | |
| v. | § | CRIMINAL NOS. | **4:23-CR-00183 &** |
| | § | | **4:25-CR-00139** |
| **DANIEL LEE HICKS** | § | | |

## PRELIMINARY ORDER OF FORFEITURE

Having considered the United States' Motion for Preliminary Order of Forfeiture, the Court now GRANTS the motion.

On April 16, 2025, Daniel Lee Hicks ("Defendant") pleaded guilty to Counts One and Three of the Indictment in case 4:23-cr-00183 and Count One of the Indictment in case 4:25-cr-00139. In case 4:23-cr-00183, Count One charges Defendant with **Sexual Exploitation of Children**, in violation of Title 18, United States Code, Section 2251(a) & (e), and Count Three charges Defendant with **Coercion and Enticement**, in violation of Title 18, United States Code, Section 2422(b). In case 4:25-cr-00139, Count One charges Defendant with **Sexual Exploitation of Children**, in violation of Title 18, United States Code, Section 2251(a) & (e).

The Criminal Indictments provided the Defendant notice that, in the event of his conviction, the United States would seek to forfeit, pursuant to Title 18 U.S.C Section 2253, all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s) charged; and all property, real and personal, used or intended to be used to commit or to promote the commission of the offense(s) charged, or any property traceable to such property.

Based on the record, the Court finds that the United States has established the requisite nexus between the property listed below and the offense(s) of conviction. Specifically, the Defendant persuaded, induced, enticed, and coerced persons whom defendant believed had not

attained the age of 18 years, to engage in sexually explicit conduct and used the electronic devices to obtain images of such conduct. Defendant used the electronic devices to receive, view, and possess multiple images and files depicting children engaging in sexually explicit conduct and to sexually exploit children. These images of children engaged in sexually explicit conduct meet the federal statutory definition of child pornography as defined under federal law (18 U.S.C. 2256(2)(A)).

Accordingly, the Court ORDERS that:

1) The following property is forfeited to the United States of America:

    a. Android A13 Cellphone, Model Number SMA136U
    b. HP All-In-One Monitor/Desktop computer, Serial Number 8CC0380F2k
    c. HP Chromebook, Serial Number 5CD11131G7
    d. Samsung Tablet (Model and Serial Numbers unknown)
    e. Pandigital Tablet, Serial Number 7013010511101812
    f. SanDisk Micro SD Card
    g. Verbatim 64GB SD Card
    h. SanDisk 8GB Micro SD Card
    i. USB Bracelet
    j. JVC Camcorder, Serial Number GZ-MS100RU
    k. Jazz Video Recorder (Model and Serial Numbers unknown)
    l. Black LG Cellphone (Model and Serial Numbers unknown)
    m. Blue Cellphone #1 (Model and Serial Numbers unknown)
    n. TCL Cellphone (Model and Serial Numbers unknown)
    o. Blue Cellphone #2 (Model and Serial Numbers unknown)
    p. Motorola Cellphone, IMEI# 353776481570206,

(the "electronic devices").

2) The United States of America shall publish notice of this forfeiture order and shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

3) Any person, other than the Defendant, asserting a legal interest in the electronic devices may, within thirty (30) days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of their alleged interest

in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in that property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in that property, and any other facts which support the petitioner's claim and the relief sought. The petition shall be filed with the United States District Clerk, Southern District of Texas, Houston Division, United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002. A copy of the petition shall be sent to Tyler Foster, Assistant United States Attorney, 800 N. Shoreline Blvd., Suite 500, Corpus Christi, Texas, 78401.

4) If no one has filed a petition asserting an interest in the electronic device, in accordance with 21 U.S.C. § 853(n) before the expiration of the period provided, any and all potential third-party petitioners will be held in default and this order will be final as to any and all third-party petitioners.  See 21 U.S.C. § 853(n)(7).

5) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and Defendant's Plea Agreement, this order is final as to the Defendant and shall be made part of the sentence and included in the judgment.

Signed at Houston, Texas, on ___July 7_____, 2025.

George C Hanks, Jr.
United States District Judge