# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.   Case Number: 4:23−cr−00183

Daniel Lee Hicks

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Daniel Lee Hicks as set forth below.**

**Before the Honorable George C Hanks, Jr**

**PLACE:**
Courtroom 600 in Houston
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 9/8/2025

**TIME:** 11:00AM

**TYPE OF PROCEEDING:** Sentencing

Date: August 18, 2025                                                                 Nathan Ochsner, Clerk