# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL NO: 4:24-CR-00183 & |
| § | 4:24-CR-00139 |
| DANIEL LEE HICKS, § | |
| Defendant. § | |

## FINAL ORDER OF FORFEITURE

Pending before the Court is the United States Motion for a Final Order of Forfeiture. Having considered the Motion, the record, and the applicable law, the Motion is hereby GRANTED.

1. The Court signed a Preliminary Order of Forfeiture on July 7, 2025. That order is final as to the Defendant.

2. Notice of forfeiture was published for at least 30 consecutive days on an official government internet site, and more than 60 days have passed since the first date of publication of the order.

3. The Court takes notice that no party has filed a timely third-party petition asserting a claim to the property listed below, and any third parties are barred from making a claim and are in default pursuant to Title 21 U.S.C. §853(n)(7).

4. The Court now ORDERS the forfeiture of the following, and the following is forfeited to the United States of America, with all right, title, and interest vesting in the United States:

   a) Android A13 Cellphone, Model Number SMA136U
   b) HP All-In-One Monitor/Desktop computer, Serial Number 8CC0380F2k
   c) HP Chromebook, Serial Number 5CD11131G7
   d) Samsung Tablet (Model and Serial Numbers unknown)
   e) Pandigital Tablet, Serial Number 7013010511101812
   f) SanDisk Micro SD Card
   g) Verbatim 64GB SD Card
   h) SanDisk 8GB Micro SD Card
   i) USB Bracelet
   j) JVC Camcorder, Serial Number GZ-MS100RU

      k) Jazz Video Recorder (Model and Serial Numbers unknown)
      l) Black LG Cellphone (Model and Serial Numbers unknown)
      m) Blue Cellphone #1 (Model and Serial Numbers unknown)
      n) TCL Cellphone (Model and Serial Numbers unknown)
      o) Blue Cellphone #2 (Model and Serial Numbers unknown)
      a) Motorola Cellphone, IMEI# 3537764815702.

5. Defendant's right, title, or interest in the seized property has been forfeited. All persons and entities who could assert an interest in the property referenced above are held in default.

It is ORDERED that the United States dispose of the forfeited seized property in accordance with the law.

**THIS IS A FINAL ORDER OF FORFEITURE**.

Signed at Houston, Texas, on _____, 2025.

_____
George C Hanks, Jr.
United States District Judge